UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. JACOBSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PAT BARKER,<br><br>　　　　　　Respondent. | 1:04-cv-06263-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 27)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On September 5, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DENIED on the merits.  (Doc. 27).  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On September 12, 2007, Petitioner filed his objections.  (Doc. 28).

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendation issued September 5, 2007 (Doc. 27), is ADOPTED IN
3 | FULL;
4 | 2. The petition for writ of habeas corpus (Doc. 1) is DENIED; and
5 | 3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the
6 | file.
7 | This order terminates the action in its entirety.

9 | IT IS SO ORDERED.
10 | **Dated:   September 26, 2007**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE